POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>David C Wakefield, 185736<br>PINNOCK & WAKEFIELD, APC<br>3033 Fifth Avenue, Suite 410<br>San Diego, CA 92103<br>TELEPHONE NO.: (619) 858-3671<br>ATTORNEY FOR *(Name)*: Plaintiff | FOR COURT USE ONLY<br>FILED<br>07 JUN 29 AM 11: 21<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>United States District Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3483 | |
| PLAINTIFF/PETITIONER: ROBERT McCARTHY<br>DEFENDANT/RESPONDENT: GIRISH K SOLANKI et.al. | CASE NUMBER:<br>C07-2903 BZ |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>none |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Complaint, Summons, Civil Case Cover Sheet, Scheduling Order, Standing Order -Judge Zimmerman, Standing Order - All Judges, ECF Registration, Notice Of Assignment of Case

3. a. Party served: GIRISH K. SOLANKI

    b. Person Served: party in item 3a

4. Address where the party was served: 8365 EAST NORFOLK AVENUE
   ORANGE, CA 92867

5. I served the party
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or *(date)*: June 26, 2007    (2) at *(time)*: 9:00 pm

6. The "Notice to the Person Served" (on the summons) was completed as follows:
    a. as an individual defendant.

7. **Person who served papers**
    a. Name: Wendy Duffield
    b. Address: One Legal, Inc. - 132-Marin
       504 Redwood Blvd #223
       Novato, CA 94947
    c. Telephone number: 415-491-0606
    d. The fee for service was: $ 95.00
    e. I am:
       (3) registered California process server.
           (i) Employee or independent contractor.
           (ii) Registration No.: PSC-408
           (iii) County ORANGE

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: June 29, 2007

Wendy Duffield    *(signature)*
(NAME OF PERSON WHO SERVED PAPERS)

Form Adopted for Mandatory Use<br>Judicial Council of California POS-010<br>[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6642788