1  KAUFMAN DOLOWICH SCHNEIDER BIANCO & VOLUCK LLP
   KATHERINE S. CATLOS SB#184227
2  ABRAHAM J. YACOBIAN SB#235145
   351 California Street, Suite 500
3  San Francisco, CA 94104
   Telephone: (415) 402-0059
4  Facsimile:  (415) 402-0679

5  Attorneys for Defendants

6  GIRISH K. SOLANKI dba SANDS MOTEL and GIRISH K. SOLANKI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ROBERT McCARTHY, | Case No.: C 07-02903 BZ |
|---|---|
| Plaintiff, | **ANSWER TO COMPLAINT** |
| vs. | Complaint Filed: June 4, 2007 |
| GIRISH K. SOLANKI d.b.a SANDS MOTEL; GIRISH K. SOLANKI; AND DOES 1 THROUGH 10, INCLUSIVE, | **REQUEST FOR JURY TRIAL** |
| Defendants. | |

COMES NOW Defendants GIRISH K. SOLANKI dba SANDS MOTEL and GIRISH K. SOLANKI, and hereby respond to the Complaint of ROBERT McCARTHY as follows:

INTRODUCTION

1. Defendants deny the allegations contained in paragraph 1.

INTRADISTRICT ASSIGNMENT

2. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 2, and basing their denial on that ground, deny generally and specifically each and every allegation of paragraph 2.

JURISDICTION AND VENUE

3. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 3, and basing their denial on that ground, deny

1 | generally and specifically each and every allegation of paragraph 3.

## SUPPLEMENTAL JURISDICTION

4. Defendants deny the allegations contained in paragraph 4.

## NAMED DEFENDANTS AND NAMED PLAINTIFF

5. Defendants admit the allegations of paragraph 5.

6. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 6, and basing their denial on that ground, deny generally and specifically each and every allegation of paragraph 6.

7. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 7, and basing their denial on that ground, deny generally and specifically each and every allegation of paragraph 7.

8. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 8, and basing their denial on that ground, deny generally and specifically each and every allegation of paragraph 8.

## CONCISE SET OF FACTS

9. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 9, and basing their denial on that ground, deny generally and specifically each and every allegation of paragraph 9.

10. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 10, and basing their denial on that ground, deny generally and specifically each and every allegation of paragraph 10.

11. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 11, and basing their denial on that ground, deny generally and specifically each and every allegation of paragraph 11.

12. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 12, and basing their denial on that ground, deny generally and specifically each and every allegation of paragraph 12.

13. Defendants are without knowledge or information sufficient to form a belief as to

1　the truth of the allegations contained in paragraph 13, and basing their denial on that ground,
2　deny generally and specifically each and every allegation of paragraph 13.

3　　　14.　Defendants are without knowledge or information sufficient to form a belief as to
4　the truth of the allegations contained in paragraph 14, and basing their denial on that ground,
5　deny generally and specifically each and every allegation of paragraph 14.

6　　　15.　Defendants are without knowledge or information sufficient to form a belief as to
7　the truth of the allegations contained in paragraph 15, and basing their denial on that ground,
8　deny generally and specifically each and every allegation of paragraph 15.

9　　　16.　Defendants are without knowledge or information sufficient to form a belief as to
10　the truth of the allegations contained in paragraph 16, and basing their denial on that ground,
11　deny generally and specifically each and every allegation of paragraph 16.

12　　　17.　Defendants are without knowledge or information sufficient to form a belief as to
13　the truth of the allegations contained in paragraph 17, and basing their denial on that ground,
14　deny generally and specifically each and every allegation of paragraph 17.

15　　　18.　Defendants are without knowledge or information sufficient to form a belief as to
16　the truth of the allegations contained in paragraph 18, and basing their denial on that ground,
17　deny generally and specifically each and every allegation of paragraph 18.

18　　　19.　Defendants are without knowledge or information sufficient to form a belief as to
19　the truth of the allegations contained in paragraph 19, and basing their denial on that ground,
20　deny generally and specifically each and every allegation of paragraph 19.

21　　　　　　　　　　　　　　　　NOTICE

22　　　20.　Defendants are without knowledge or information sufficient to form a belief as to
23　the truth of the allegations contained in paragraph 20, and basing their denial on that ground,
24　deny generally and specifically each and every allegation of paragraph 20.

25　WHAT CLAIMS PLAINTIFF IS ALLEGING AGAINST EACH NAMED DEFENDANT

26　　　21.　Defendants are without knowledge or information sufficient to form a belief as to
27　the truth of the allegations contained in paragraph 21, and basing their denial on that ground,
28　deny generally and specifically each and every allegation of paragraph 21.

22. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 22, and basing their denial on that ground, deny generally and specifically each and every allegation of paragraph 22.

### FIRST CAUSE OF ACTION - CLAIM I AGAINST ALL DEFENDANTS

23. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 23, and basing their denial on that ground, deny generally and specifically each and every allegation of paragraph 23.

24. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 24, and basing their denial on that ground, deny generally and specifically each and every allegation of paragraph 24.

### FIRST CAUSE OF ACTION - CLAIM II AGAINST ALL DEFENDANTS

25. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 25, and basing their denial on that ground, deny generally and specifically each and every allegation of paragraph 25.

26. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 26, and basing their denial on that ground, deny generally and specifically each and every allegation of paragraph 26.

27. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 27, and basing their denial on that ground, deny generally and specifically each and every allegation of paragraph 27.

28. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 28, and basing their denial on that ground, deny generally and specifically each and every allegation of paragraph 28.

### FIRST CAUSE OF ACTION - CLAIM III AGAINST ALL DEFENDANTS

29. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 29, and basing their denial on that ground, deny generally and specifically each and every allegation of paragraph 29.

FIRST CAUSE OF ACTION -CLAIM IV AGAINST ALL DEFENDANTS

30. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 30, and basing their denial on that ground, deny generally and specifically each and every allegation of paragraph 30.

31. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 31, and basing their denial on that ground, deny generally and specifically each and every allegation of paragraph 31.

32. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 32, and basing their denial on that ground, deny generally and specifically each and every allegation of paragraph 32.

SECOND CAUSE OF ACTION AGAINST ALL DEFENDANTS– CLAIM I

33. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 33, and basing their denial on that ground, deny generally and specifically each and every allegation of paragraph 33.

34. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 34, and basing their denial on that ground, deny generally and specifically each and every allegation of paragraph 34.

SECOND CAUSE OF ACTION AGAINST ALL DEFENDANTS– CLAIM II

35. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 35, and basing their denial on that ground, deny generally and specifically each and every allegation of paragraph 35.

SECOND CAUSE OF ACTION AGAINST ALL DEFENDANTS– CLAIM III

36. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 36, and basing their denial on that ground, deny generally and specifically each and every allegation of paragraph 36.

37. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 37, and basing their denial on that ground, deny generally and specifically each and every allegation of paragraph 37.

1    38.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 38, and basing their denial on that ground, deny generally and specifically each and every allegation of paragraph 38.

### DAMAGES

39.    Defendants deny the allegations contained in paragraph 39.

40.    Defendants deny the allegations contained in paragraph 40.

41.    Defendants deny the allegations contained in paragraph 41.

42.    Defendants deny the allegations contained in paragraph 42.

### **AFFIRMATIVE DEFENSES**

43.    Defendants allege the following affirmative defenses:

### FIRST AFFIRMATIVE DEFENSE

The Complaint, and each cause of action therein, fails to set forth facts sufficient to constitute a cause of action against these answering Defendants.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to join an indispensable party under FRCP, Rule 12(b)(7).

### THIRD AFFIRMATIVE DEFENSE

Plaintiff's conduct contributed to the alleged damages and Plaintiff's amount of recovery, if any, shall be reduced on the basis of its own comparative negligence, and/or the negligence of its agents or employees, which contributed to the alleged damages upon which Plaintiff is seeking recovery against these answering Defendants.

### FOURTH AFFIRMATIVE DEFENSE

The injuries and damages alleged in the Complaint were proximately caused or contributed to by the negligence or other acts or omissions of other Defendants, persons or entities, and said negligence or other acts or omissions were an intervening and superseding cause of damages, if any, of which the Plaintiff complains.

### FIFTH AFFIRMATIVE DEFENSE

At all times relevant hereto, these answering Defendants allege that Plaintiff could

have by the exercise of reasonable diligence, limited or prevented Plaintiff's damages, if any, as a result of the events alleged in the Complaint, and each and every cause of action contained therein, and that Plaintiff has failed or refused to do so. Such failure or refusal on the part of Plaintiff constitutes a failure to mitigate Plaintiff's damages.

### SIXTH AFFIRMATIVE DEFENSE

At all times herein relevant, Plaintiff has exhibited unclean hands, and, as a result, should be precluded from enforcing any legal or equitable remedy as alleged in the Complaint.

### SEVENTH AFFIRMATIVE DEFENSE

These answering Defendants are informed and believe and based upon such information and belief allege that Plaintiff has waived its right to seek relief herein due to Plaintiff's own acts and/or omissions with reference to the subject matter of the Complaint.

### EIGHTH AFFIRMATIVE DEFENSE

At all times herein relevant, Plaintiff's conduct was such so as to render said Plaintiff guilty of laches such that these answering Defendants reasonably relied upon Plaintiff's conduct to their detriment. Plaintiff is precluded from maintaining this action by reason of the unreasonable and long delay in commencing this action which delay materially prejudiced the position of these answering Defendants.

### NINTH AFFIRMATIVE DEFENSE

At all times herein relevant, these answering Defendants allege that Plaintiff is estopped from recovering the relief sought within Plaintiff's Complaint.

### TENTH AFFIRMATIVE DEFENSE

These answering Defendants affirmatively allege that they are entitled to a set-off of all money they may become obligated to pay to Plaintiff herein against any money which Plaintiff herein owe or may become obligated to pay to these answering Defendants.

### ELEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claims against these answering Defendants are barred by the statute of frauds.

//

## TWELFTH AFFIRMATIVE DEFENSE

Plaintiff's claims against these answering Defendants are barred by the statutes of limitations set forth in California Code of Civil Procedure §§ 335.1, 337(1) and (3), 338(d), 339(1) and (3), 340(3) and (5).

## THIRTEENTH AFFIRMATIVE DEFENSE

That they have no independent knowledge, as of the filing of this answer, of the facts allegedly constituting the causes of action in plaintiff's complaint, and based thereon, hereby respectfully requests leave of the court to amend this answer to include those affirmative defenses that are revealed during the course of this defendant's discovery.

## FOURTEENTH AFFIRMATIVE DEFENSE

That there has been no violation of the Unruh Civil Rights Act, in that the condition of defendant's property is not discriminatory, but is caused by the structure of the building and/or the natural condition of the grounds, and the relief sought by plaintiff would require construction, alteration, or structural modifications of the building or buildings in which defendants' establishment is located.

## FIFTEENTH AFFIRMATIVE DEFENSE

That plaintiff cannot establish intentional and arbitrary discrimination, and therefore fails to state a cause of action for violation of the Americans with Disabilities Act, the Rehabilitation Act of 1973, or the Unruh Act.

## SIXTEENTH AFFIRMATIVE DEFENSE

That plaintiff cannot establish that he was denied access on any particular occasion.

## SEVENTEENTH AFFIRMATIVE DEFENSE

That plaintiff cannot establish that he suffered any actual damage as a result of defendants' actions or omissions.

## EIGHTEENTH AFFIRMATIVE DEFENSE

That plaintiff's complaint, and each cause of action therein, fails to state facts sufficient to permit the award of attorneys' fees or costs.

NINTEENTH AFFIRMATIVE DEFENSE

That the modifications and relief sought by plaintiff would place an undue burden upon defendants.

TWENTIETH AFFIRMATIVE DEFENSE

The barrier removal demanded by plaintiff was and is not readily achievable within the meaning of Americans With Disabilities Act and pertinent regulations.

TWENTY-FIRST AFFIRMATIVE DEFENSE

That the injunctive relief sought by plaintiff is structurally impracticable.

TWENTY-SECOND AFFIRMATIVE DEFENSE

That the cost of barrier removal demanded by plaintiff is disproportionate to the cost of alteration of the property, if any, during the relevant time periods.

TWENTY-THIRD AFFIRMATIVE DEFENSE

That the goods, services, facilities, privileges, advantages, and/or accommodations provided at defendants' facility are available at accessible locations in the facility and/or through alternative means.

TWENTY-FOURTH AFFIRMATIVE DEFENSE

On information and belief, the premises owned and leased by the Defendants was designed and constructed for first occupancy prior to January 26, 1992. 34 Code Fed. Regs. §§ 36.401(a)(2) and 36.152.

TWENTY-FIFTH AFFIRMATIVE DEFENSE

Plaintiff is not entitled to recover attorneys' fees pursuant to the California Unfair Business Practices Act, California Business & Professions Code §§ 17200 et seq.

TWENTY-SIXTH AFFIRMATIVE DEFENSE

Defendants allege that under the terms of its contractual agreements responsibility for compliance with all federal, state, and local laws regarding access and use of the premises by persons with disabilities has been allocated to third person(s) (i.e., landlord, etc.) who are solely responsible for any affirmative obligations to make the premises accessible to persons with disabilities.

ANSWER TO COMPLAINT

TWENTY-SEVENTH AFFIRMATIVE DEFENSE

Plaintiff has failed to act reasonably to mitigate any damages he has alleged in this action.

TWENTY-EIGHTH AFFIRMATIVE DEFENSE

Plaintiff waived any claims he may have against defendants arising from the transactions and occurrences set forth in the Complaint.

TWENTY-NINTH AFFIRMATIVE DEFENSE

Defendants' activities with respect to plaintiff, if any, were privileged or otherwise justified, as such activities were proper, fair and legitimate business activities and/or business related reasons and were neither arbitrary, capricious, nor unlawful, but were undertaken to protect defendants' economic interests and/or relations.

THIRTIETH AFFIRMATIVE DEFENSE

That the modifications demanded by plaintiff would fundamentally alter the nature of goods, services, facilities, privileges, advantages, or accommodations provided by defendants.

THIRTY-FIRST AFFIRMATIVE DEFENSE

Plaintiff cannot recover daily damages for the claims asserted in the Complaint. *Doran v. Embassy Suites Hotel*, 2002 U.S. Dist. LEXIS 16116 (N.D. Cal 2002).

THIRTY-SECOND AFFIRMATIVE DEFENSE

Defendants allege that an award of punitive damages is unconstitutional as it violates the due process clause of the California and the United States Constitutions.

THIRTY-THIRD AFFIRMATIVE DEFENSE

Plaintiff lacks standing as to the claims asserted in the Complaint.

THIRTY-FOURTH AFFIRMATIVE DEFENSE

Based on information and belief, Defendants allege that there has been no violation of the Unruh Civil Rights Act because there is no law requiring construction, alteration, repair, or modification by another provision of law. Cal. Civ. Code §51(d).

THIRTY-FIFTH AFFIRMATIVE DEFENSE

Defendants allege that they may have other separate and/or additional defenses of which they are not aware and hereby reserve their right to assert them by amendment to this Answer as

discovery continues.

PRAYER

WHEREFORE, these Defendants pray for judgment as follows:

1. That plaintiff take nothing by reason of the complaint on file herein;
2. For attorneys fees and costs of suit incurred herein; and
3. For such other and further relief as the court deems just and proper.

DATED: July 17, 2007                    **KAUFMAN DOLOWICH & VOLUCK LLP**

_____
Abraham J. Yacobian
Attorneys for Defendants
GIRISH K. SOLANKI dba SANDS MOTEL and
GIRISH K. SOLANKI

DEMAND FOR JURY TRIAL

Defendants GIRISH K. SOLANKI dba SANDS MOTEL and GIRISH K. SOLANKI Hereby demand a trial by jury of all issues.

DATED: July 17, 2007                KAUFMAN DOLOWICH & VOLUCK LLP

_____
Abraham J. Yacobian
Attorneys for Defendants
GIRISH K. SOLANKI dba SANDS MOTEL and
GIRISH K. SOLANKI

ANSWER TO COMPLAINT