**KAUFMAN DOLOWICH & VOLUCK LLP**
KATHERINE S. CATLOS SB#184227
ABRAHAM J. YACOBIAN SB#235145
351 California Street, Suite 500
San Francisco, CA 94104
Telephone: (415) 402-0059
Facsimile: (415) 402-0679

Attorneys for Defendants
GIRISH K. SOLANKI dba SANDS MOTEL and GIRISH K. SOLANKI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT McCARTHY,<br>Plaintiff,<br>vs.<br>GIRISH K. SOLANKI d.b.a SANDS MOTEL; GIRISH K. SOLANKI; AND DOES 1 THROUGH 10, INCLUSIVE,<br>Defendants. | Case No.: C 07-02903 BZ<br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**<br>Complaint Filed: June 4, 2007 |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

DATED: July 23, 2007

**KAUFMAN DOLOWICH & VOLUCK LLP**

Abraham J. Yacobian
Attorneys for Defendants
GIRISH K. SOLANKI dba SANDS MOTEL and
GIRISH K. SOLANKI