1 | **PINNOCK & WAKEFIELD, A.P.C.**
David C. Wakefield, Esq.     Bar #: 185736
2 | Theodore A. Pinnock, Esq.   Bar #: 153434
3033 Fifth Avenue, Suite 410
3 | San Diego, CA  92103
Telephone: (619) 858-3671
4 | Facsimile: (619) 858-3646

5 | Attorneys for Plaintiff

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MCCARTHY<br><br>          **Plaintiff,**<br>     v.<br><br>GIRISH K. SOLANKI d.b.a. SANDS MOTEL; GIRISH K. SOLANKI; And DOES 1 THROUGH 10, Inclusive,<br><br>          **Defendants.** | **Case No.: C 07-2903 BZ**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFF'S COMPLAINT IN ITS ENTIRETY.**<br><br><br>[Fed.R.Civ.P. Rule 41(a)(1)] |

///

///

///

                                                    1    Case Number: C07-2903 BZ
                                              Notice Of Voluntary Dismissal With Prejudice

Document Date: August 16, 2007

1  **IT IS HEREBY REQUESTED** by **ROBERT MCCARTHY,** Plaintiff, through his
2  attorneys of record that, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1), this Court
3  enter a voluntary dismissal with prejudice of Defendants **GIRISH K. SOLANKI d.b.a. SANDS**
4  **MOTEL** and **GIRISH K. SOLANKI,** from Plaintiff's Complaint.   Additionally, Plaintiff
5  requests that Plaintiff's complaint be dismissed with prejudice in its entirety.
6
7  **IT IS SO REQUESTED.**
8
9
10 Dated: August 16, 2007                **PINNOCK & WAKEFIELD, A.P.C.**
11
                                By:   /S/ David C. Wakefield
12                                    DAVID C. WAKEFIELD, ESQ.
                                      Attorneys for Plaintiff
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                                2    Case Number: C07-2903 BZ
                                          Notice Of Voluntary Dismissal With Prejudice
Document Date: August 16, 2007

**CERTIFICATE OF PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in the County of San Diego, State of California.  I am over the age of 18 and not a party to the within action; my business address is 3033 Fifth Avenue, Suite 410, San Diego, California, 92103.

On this date, I served the following document(s) described as **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFF'S COMPLAINT IN ITS ENTIRETY** and **ORDER FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY.**

on the following parties in this action by:
__**X**___ **BY ELECTRONIC SERVICE TRANSMISSION** via the United States District Court, Northern District of California, Case Management/Electronic Case Files, Filing System.  I served a copy of the above listed document(s) to the e-mail addresses of the addressee(s) by use of email as identified and maintained therein.

Katherine S. Catlos, Esq.
Abraham Yacobian, Esq.
Kaufman Dolowich & Voluck LLP
351 California Street, Suite 500
San Francisco, California 94104
Tel: (415)402-0059
Fax: (415)402-0679
KCatlos@KDVLaw.com
AYacobian@KDVLaw.com
Attorneys for Defendants

_**x**___ **BY MAIL:** placing  _____ the original  __**x**___ a true copy thereof enclosed in sealed enveloped addressed as stated above.  I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid, mailed at San Diego, California, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.
__**X**___ **FEDERAL:** I declare that I am employed in the office of a member of the Bar of this Court, at whose direction this service was made.
**EXECUTED** on September 5, 2007, at San Diego, California.

/S/ David C. Wakefield
David C. Wakefield

3     Case Number: C07-2903 BZ
Notice Of Voluntary Dismissal With Prejudice

Document Date: August 16, 2007